IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR.NO. CR07-148T
V. ) In Violation of
) 18 U.S.C. § 2113(a)
WILLIAM T. ARCHER )

FILED DEC 5 2007

INDICTMENT

**COUNT I**

The Grand Jury Charges:

On or about September 9, 2007, in the District of Rhode Island, the Defendant WILLIAM T. ARCHER, by intimidation, did knowingly take from the person and presence of another money, namely approximately $3,105 (three thousand one hundred five dollars), belonging to and in the care, custody, control, management, and possession of Citizens Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. §2113(a).

**COUNT II**

The Grand Jury Charges:

On or about September 5, 2007, in the District of Rhode Island, the Defendant WILLIAM T. ARCHER, by intimidation, did knowingly take from the person and presence of another money, namely approximately $3,422 (three thousand four hundred twenty-two dollars), belonging to and in the care, custody, control, management, and possession of Citizens Bank, a bank whose

deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. §2113(a).

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

DATE FILED: December 5, 2007