AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
DEC 05 2007
District of Rhode Island

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

WILLIAM T. ARCHER
12/15/62

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-148T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM T. ARCHER
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

December 5, 2007, Providence, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 12/05/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/07/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.