UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-148 T

WILLIAM ARCHER :

MOTION TO CONTINUE

NOW comes the defendant, William Archer, and moves to continue this case to the Court's May, 2008 trial calendar. The defendant seeks to continue this matter until the May 2008 trial calendar in order to allow defense counsel to have Mr. Archer evaluated by a neuropsychologist, Geoffrey Tremont, Ph.D.. The defendant has expressed a desire to enter a guilty plea, however, Mr. Archer has disclosed to defense counsel a long history of mental health treatment as well as substance abuse treatment. While an inmate at the Intake Service Center, the defendant expressed that his medication has been changed. Given Mr. Archer's history, and in light of the medication change, defense counsel is of the opinion that an evaluation should take place prior to his entering a plea of guilty.

Pursuant to the provisions of 18 U.S.C. § 3161(h)(8)A), the ends of justice served by the granting of this request to continue outweigh the interests of the government and of the defendant in a speedy trial.

WILLIAM ARCHER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Zechariah Chafee, AUSA by way of ECF case filing on the 25th day of January, 2008.

/s/ Edward C. Roy, Esquire