UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-148 T

WILLIAM ARCHER :

NOTICE OF INTENTION TO PLEAD GUILTY

NOW comes the defendant, William Archer, and hereby notices the Court that he intends to enter a guilty plea to both counts of the indictment. Defense counsel has fully advised the defendant of the maximum sentences authorized by statute and the rights he would give up by entering a plea of guilty.

WILLIAM ARCHER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
Office of the Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Zechariah Chafee, AUSA by way of ECF case filing on the 7th day of May, 2008.

/s/ Edward C. Roy, Esquire