UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : Cr No.07-148 T

WILLIAM ARCHER :

MOTION TO CONTINUE SENTENCING

______NOW comes the defendant, William Archer, and moves to continue the sentencing scheduled in this matter for August 13, 2008 for thirty (30) days so that a psychiatric evaluation in aid of sentencing may be completed by Marilyn Price, M.D.. The evaluation will not be completed in time for defense counsel to file a request for a sentence variance under Local Rule32(a), which requires 11 days notice to the government. Defense counsel was on vacation from July 24, 2008 through August 4, 2008 and was court-excused during that period.

WILLIAM ARCHER,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within motion to be served upon Zechariah Chafee, AUSA on the 5th day of August, 2008.

/s/ Edward C. Roy, Esquire